```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF GEORGIA
                     ATLANTA DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 1:12-CV-3324-RWS |
| | : | |
| APPROXIMATELY $12,547.00 IN | : | |
| UNITED STATES CURRENCY; | : | |
| APPROXIMATELY $24,392.89 IN | : | |
| FUNDS SEIZED FROM BANK OF | : | |
| AMERICA ACCOUNT XXXXXXX2621; | : | |
| AND ONE 2005 CADILLAC CTS, VIN | : | |
| 1G6DM56TX50169893, | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF FILING COMPLAINT FOR FORFEITURE**

**TO:  Steven H. Sadow, Esq.
      Attorney for Jeffrey Bennett Baucom
      260 Peachtree Street, N.W.
      Suite 2502
      Atlanta, GA 30303**

A civil complaint seeking forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 21 U.S.C. §§ 881 (a)(4) and (6) on September 24, 2012, in the United States District Court for the Northern District of Georgia in Atlanta by Michael J. Brown, Assistant United States Attorney, on behalf of the United States of America, Plaintiff, against the above-captioned property.  The Complaint alleges that said property may, for the causes stated in the Complaint, be forfeited to the United States.

To avoid forfeiture of the property, any person claiming an interest in the Defendant property must file a verified Claim in the manner set forth in Rule G(5) of the Supplemental Rules for

Admiralty or Maritime and Asset Forfeiture Claims on or before the deadline specifically stated below, which is at least 35 days after the date this notice was sent.  See Rule G(5)(a).  In addition, any person who files such a Claim shall file an Answer to the Complaint, or a motion under Rule 12 of the Federal Rules of Civil Procedure, not later than 21 days after the filing of the Claim.  See Rule G(5)(b).

Supplemental Rule G(5)(a) provides in pertinent part: "(I) a person who asserts an interest in the Defendant Property may contest the forfeiture by filing a claim in the court where the action is pending . . ." and "must (A) identify the specific property claimed; (B) identify the claimant and state the claimant's interest in the property; (C) be signed by the claimant under penalty of perjury; and (D) be served on the government attorney designated under Rule G(4)(a)(ii)(C) or (b)(ii)(D)."  See Rule G(5)(a).  Supplemental Rule G(5)(b) provides in pertinent part: "[a] claimant must serve and file an answer to the complaint or a motion under Rule 12 within 21 days after filing the claim."

The Claim and Answer shall be filed with the Office of the Clerk of Court, United States District Court for the Northern District of Georgia, Atlanta Division, 75 Spring Street, S.W., Suite 2201, Atlanta, Georgia 30303, with copies of each served upon

2

Assistant U.S. Attorney Michael J. Brown, 75 Spring Street, S.W., Suite 600, Atlanta, GA  30303.

Pursuant to Rule G(4)(b) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims[1], on October 15, 2012, Plaintiff sent this Notice by certified mail, return receipt requested, to every person who reasonably appeared to be a potential claimant to the Defendant Currency on the facts known to Plaintiff.  **Therefore, a verified Claim must be filed on or before November 20, 2012, and an answer to the complaint or a motion under Rule 12 within 21 days thereafter.**

This 15th day of October, 2012.

Respectfully submitted,

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

*/s/ Michael J. Brown*
MICHAEL J. BROWN
Assistant U.S. Attorney
Georgia Bar No: 064437
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, Georgia 30303
(404) 581-6000
michael.j.brown2@usdoj.gov

---

[1] Rule G(4)(b) provides that "[t]he notice must be sent by means reasonably calculated to reach the potential claimant," and that the "[n]otice may be sent to the potential claimant or to the attorney representing the potential claimant with respect to the seizure of the property or in a related investigation, administrative forfeiture proceeding, or criminal case."  Rule G(4)(b)(iii)(A) and (B).